UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| James V. Catania,<br><br>    Plaintiff,<br><br>v.<br><br>Experian; Carla Blair,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Experian Information Solutions, Inc. ("Experian"), erroneously sued as Experian, and Carla Blair (collectively, "Defendants") hereby file their Joint Notice of Removal of the above-captioned action to this Court and state as follows:

1.  Experian and Carla Blair are named Defendants in Civil Action No. SCC 504459 filed in the Superior Court - Centralized Small Claims for the State of Connecticut (the "State Court Action").

2.  The Complaint in the State Court Action was filed with the Clerk of the Superior Court - Centralized Small Claims on or about August 28, 2013.

{W2301750}

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

3. This Notice is being filed with this Court within thirty (30) days after August 17, 2013, the date upon which Defendants received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. A copy of all process, pleadings, and orders served upon Defendants in the State Court Action is attached hereto as Exhibit A.

5. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

6. Carla Blair is a Senior Legal & Compliance Specialist currently employed by Experian.

7. The claims of relief against all Defendants alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681u. Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a) and (b). See also Exhibit A.

8. At the present time and at the time of the commencement of the State Court Action, Plaintiff is and was an individual citizen of the State of Connecticut.

9. At the present time and at the time of the commencement of the State Court Action, Experian is and was a corporation incorporated under the laws of the State of Ohio with its principal place of business in Costa Mesa, California.

10. At the present time and at the time of the commencement of the State Court Action, Carla Blair is and was an individual citizen of the State of Texas.

11. This Notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure. 28 U.S.C. § 1446(a).

12. All Defendants served with the Complaint in the State Court Action consent to and join in this Joint Notice of Removal.

13. In filing this Notice, Defendants do not waive any defenses or rights that may be available in this action.

14. Promptly after the filing of this Joint Notice of Removal, Defendants shall provide notice of the removal to the Plaintiff and to the clerk of the Court in the State Court action, as required by 28 U.S.C. § 1446(d).

15. The prerequisites for removal under 28 U.S.C. §§ 1441 and 1446 have been met. Defendants accordingly respectfully request that this Court exercise jurisdiction over this removed action and enter orders and grant relief as may be necessary to secure removal and to prevent further proceedings in the State Court Action, and seek all other relief to which they may be justly entitled.

Dated: September 13, 2013

Respectfully submitted,

*[signature: A.L.Rubin]*

Ann H. Rubin, Esq. (ct04486)
Carmody & Torrance LLP
50 Leavenworth Street
Waterbury, CT 06721-1110
Telephone: 203-573-1200
Fax:  203-575-2600
Email: arubin@carmodylaw.com

*Attorney for Defendant*
*Experian Information Solutions, Inc. and Carla Blair*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th of September 2013, a copy of the foregoing document was filed with the court and served by mail on the following party:

James V. Catania, *pro se*
13 Mountain Road
Stafford, CT 06076

*[signature: A.L.Rubin]*
Ann. H. Rubin

# EXHIBIT A

# SMALL CLAIMS WRIT AND NOTICE OF SUIT
JD-CV-40 Rev. 9-11
C.G.S. §§ 51-15, 51-345(b)

## CONNECTICUT SUPERIOR COURT
## SMALL CLAIMS SESSION

For Court Use Only
Do Not Write In This Space
Barcode Label Only

1.) Information that a claimant wants the bailiff to be:

Type of print legibly. This Writ and Notice of Suit must be served on (delivered to) the defendant(s) before filing it with the court. See Instructions to Plaintiff on reverse.

2.) Is this a claim between a landlord and a tenant? ("X" one)  [ ] Yes  [X] No
3.) If you answered "yes" to question #2 above, state the town where the rental premises is located:

### P1
4.) Name, address and zip code of Plaintiff #1:
James V Catania
13 Mountain Road
Stafford CT, 06076

5.) Telephone number (area code) | ("X" One)
                                 | [X] Individual  [ ] LLC  [ ] Partnership
                                 |                 [ ] DBA  [ ] Corporation

### P2
Name, address and zip code of Plaintiff #2:

Telephone number (area code) | ("X" One)
                             | [ ] Individual  [ ] LLC  [ ] Partnership
                             |                 [ ] DBA  [ ] Corporation

6.) Name, address and zip code of Attorney for Plaintiff:

Attorney's Juris number

### D1
4.) Name, address and zip code of Defendant #1:
EXPERIAN
P.O. Box 9701
Allen TX, 75013

Telephone number (area code) | ("X" One)
1.888.397.3742               | [ ] Individual  [ ] LLC  [ ] Partnership
                             |                 [ ] DBA  [X] Corporation

### D2
Name, address and zip code of Defendant #2:
Carla Blair
P.O. Box 9701
Allen TX, 75013

Telephone number (area code) | ("X" One)
1.214.726.4130               | [X] Individual  [ ] LLC  [ ] Partnership
                             |                 [ ] DBA  [ ] Corporation

For more than 2 defendants, attach Continuation of Parties, Form JD-CV-67, and "X" box.

7.) If this claim is a Consumer debt, (a debt or obligation made primarily for personal, family or household reasons), give the reasons why you believe that the statute of limitations has not expired.

I:
8.) How did you check to be sure that the address given for defendant(s) is accurate? "X" all boxes that apply and provide the address that was checked.

[ ] 1) I checked town or city records (for example, checking a street list or tax records);
_____ (date checked)

[ ] 2) I checked with the Department of Motor Vehicles;
_____ (date checked)

[ ] 3) I received correspondence (letters or other mail) from the defendant with that return address;
_____ (date checked)

[X] 4) I received other proof from the defendant that the address is current.
I verified by phone what address they wanted this document sent.  7/29/13  (date checked)

[ ] 5) I mailed by first class mail, at least 4 weeks before this small claims action was filed, a letter to the defendant at the address used and the letter has not been returned to me by the United States Postal Service.

TRUE COPY
ATTEST:
_signature_
TERI PERRETTA
CONNECTICUT STATE MARSHAL
HARTFORD COUNTY (date checked)

9.) Amount claimed
$5,000.00

Plus Costs

10.) You are being sued. The Plaintiff(s) claims you owe the above amount for the following reason:

The Defendant, one of three major credit reporting companies in the United States and is in clear violation of the rights to which I am entitled under the terms of the Fair Credit Reporting Act by once again allowing information that is incorrect to be reported in my file. The defendant, through their agent (Mrs.Carla Blair) was given an opportunity after verification to remove said trade line information from my account but refused to do so even after presented with documents to support my position. The person signing below, being duly sworn, states that he or she has read the claim above and the information contained in this form and, to the best of his or her knowledge, information and belief, there is good ground to support the claim and the information is true.

11.) _signature_  Type or print name of person signing at left and title, if applicable
                  James V Catania
                  PRO SE / Plaintiff  Commissioner of Superior Court

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

For Court Use Only (Date/Stamp)

Distribution: Original - Court    Copy 1 - Defendant    Copy 2 - Defendant    Copy 3 - Plaintiff

Page 2 of 5


**Centralized Small Claims**
P.O. Box 260777
Hartford, CT 06126-0777

EXPERIAN
P.O. BOX 9701
ALLEN, TX   75013

The Judicial Branch of the State of Connecticut complies with the American with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA/.

## INFORMATION ABOUT THE ANSWER FORM

1. YOU **DO NOT** HAVE TO COME TO COURT ON THE ANSWER DATE EXCEPT TO SUBMIT A WRITTEN ANSWER IF YOU HAVE NOT DONE SO BY THAT DATE.

   It is not the date of trial. If you have filed an answer contesting the claim the clerk will schedule a date for the trial and will send you a written notice by mail of the date and time to come to court.

2. IF YOU DO NOT ANSWER BY THE ANSWER DATE, JUDGMENT COULD ENTER AGAINST YOU WITHOUT A HEARING.

   If the judgment is against you and you **do not** pay the amount ordered in the judgment, the party who won the judgment may try to collect the money owed by getting permission from the court to have the money taken from your wages, financial accounts or property.

3. **Counterclaim Filing Fee:** Beginning July 1, 2012, there is a **$90.00 fee for filing a counterclaim.** The fee must be paid to the clerk of the court. Please file your answer and counterclaim (with the fee for the counterclaim if you decide to file one) by mail or hand deliver it to the clerk. **Do not fax.**

4. THE HEARING LOCATION (VENUE) IS WHERE A HEARING WOULD BE HELD IF ONE IS SCHEDULED.

   You will receive notice by mail of the time and date of any hearing that may be scheduled.

IF YOU ADMIT YOU OWE THE CLAIM, MAKE ALL PAYMENTS DIRECTLY TO THE FOLLOWING:

JAMES V CATANIA
13 MOUNTAIN ROAD
STAFFORD, CT   06076



**State of Connecticut - Superior Court**
**Centralized Small Claims**

Toll Free in Connecticut (866) 383-5927
Local Hartford Area (860) 756-7800
Fax: (860) 756-7805   www.jud.ct.gov

JD-CV-40 A1 Revised 6/2012

50

**Answer**

RE: Docket # | SCC   504459 |   CATANIA vs. EXPERIAN et al

Hearing Location(Venue):   SCAH   Manchester                                08/28/2013

**THIS IS NOT YOUR COURT DATE;   THIS IS YOUR ANSWER DATE:**

09/18/2013

To Answer this claim, fill out this form and return it by mail, FAX or hand deliver it to the clerk. Send a copy to each Plaintiff and fill out the CERTIFICATION below.
Please read the *Information about the Answer Form* on the back

IN RESPONSE TO THE CLAIM FOR THIS AMOUNT, plus court costs, if any | $5,000.00
this is my response. (check all boxes that apply)

☐ **I disagree with the claim because:** State below why you disagree; be brief but specific. At trial you will be given a trial with a magistrate and the magistrate will decide what, if anything, you owe. At the trial you can explain why you disagree and can give the court documents and materials that show why you disagree.

_____
_____

☐ **I admit I owe part of the claim:** (Give the reasons why you do not owe the entire amount. You will be given a trial with a magistrate and the magistrate will determine what you owe).

_____

☐ **I admit I owe the claim but need more time to pay.** You may ask for a period of time during which you can make payments that you suggest. If you do not, and you are an individual, the court will enter a judgment with an order of payments of $35.00 each week until the judgment is paid. If you ask to pay less than $35.00 per week, and the plaintiff does not agree, a trial will be scheduled. A judgment against a business(for example, a corporation) and a judgment against a landlord for return of a security deposit, will be ordered paid in a lump sum.

**Counterclaim Filing Fee:** Beginning July 1, 2012, there is a **$90.00 fee for filing a counterclaim.** The fee must be paid to the clerk of the court. Please file your answer and counterclaim (with the fee for the counterclaim if you decide to file one) by mail or hand deliver it to the clerk. **Do not fax.**

☐ Counterclaim: The plaintiff owes money to me in the amount of   $ _____
for the following reasons:

_____
_____

**CERTIFICATION:** I certify that a copy of this answer was mailed or delivered electronically or non-electronically on _____ (date) to all attorneys and self-represented parties of record and that written consent for electronically delivery was received from all attorneys and self-represented parties receiving electronically delivery. Enter below, name and address of each party or attorney that copy was mailed or delivered to (attach separate sheet if necessary).

| Signature | Print Name and Title of Person Signing | Date Signed |
|---|---|---|
| Address (No., Street, Town, Zip) | Telephone No. | Juris No. (if an attorney is signing) |


**Centralized Small Claims**
P.O. Box 260777
Hartford, CT 06126-0777

CARLA BLAIR
P.O. BOX 9701
ALLEN, TX 75013

The Judicial Branch of the State of Connecticut complies with the American with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA/.

## INFORMATION ABOUT THE ANSWER FORM

1. YOU **DO NOT** HAVE TO COME TO COURT ON THE ANSWER DATE EXCEPT TO SUBMIT A WRITTEN ANSWER IF YOU HAVE NOT DONE SO BY THAT DATE.

   It is not the date of trial. If you have filed an answer contesting the claim the clerk will schedule a date for the trial and will send you a written notice by mail of the date and time to come to court.

2. IF YOU DO NOT ANSWER BY THE ANSWER DATE, JUDGMENT COULD ENTER AGAINST YOU WITHOUT A HEARING.

   If the judgment is against you and you **do not** pay the amount ordered in the judgment, the party who won the judgment may try to collect the money owed by getting permission from the court to have the money taken from your wages, financial accounts or property.

3. **Counterclaim Filing Fee:** Beginning July 1, 2012, there is a **$90.00 fee for filing a counterclaim.** The fee must be paid to the clerk of the court. Please file your answer and counterclaim (with the fee for the counterclaim if you decide to file one) by mail or hand deliver it to the clerk. **Do not fax.**

4. THE HEARING LOCATION (VENUE) IS WHERE A HEARING WOULD BE HELD IF ONE IS SCHEDULED.

   You will receive notice by mail of the time and date of any hearing that may be scheduled.

IF YOU ADMIT YOU OWE THE CLAIM, MAKE ALL PAYMENTS DIRECTLY TO THE FOLLOWING:

JAMES V CATANIA
13 MOUNTAIN ROAD
STAFFORD, CT 06076



**State of Connecticut - Superior Court**
**Centralized Small Claims**

Toll Free in Connecticut (866) 383-5927
Local Hartford Area (860) 756-7800
Fax: (860) 756-7805   www.jud.ct.gov

JD-CV-40 A1 Revised 6/2012

51

**Answer**

RE: Docket # | SCC  504459 |   CATANIA vs. EXPERIAN et al

Hearing Location(Venue):  SCAH   Manchester                           08/28/2013

**THIS IS NOT YOUR COURT DATE;    THIS IS YOUR ANSWER DATE:**

**09/18/2013**

To Answer this claim, fill out this form and return it by mail, FAX or hand deliver it to the clerk. Send a copy to each Plaintiff and fill out the CERTIFICATION below.
Please read the *Information about the Answer Form* on the back

IN RESPONSE TO THE CLAIM FOR THIS AMOUNT, plus court costs, if any    **$5,000.00**
this is my response. (check all boxes that apply)

☐ **I disagree with the claim because:** State below why you disagree; be brief but specific. At trial you will be given a trial with a magistrate and the magistrate will decide what, if anything, you owe. At the trial you can explain why you disagree and can give the court documents and materials that show why you disagree.

_____
_____

☐ **I admit I owe part of the claim:** (Give the reasons why you do not owe the entire amount. You will be given a trial with a magistrate and the magistrate will determine what you owe).

_____
_____

☐ **I admit I owe the claim but need more time to pay.** You may ask for a period of time during which you can make payments that you suggest. If you do not, and you are an individual, the court will enter a judgment with an order of payments of $35.00 each week until the judgment is paid. If you ask to pay less than $35.00 per week, and the plaintiff does not agree, a trial will be scheduled. A judgment against a business(for example, a corporation) and a judgment against a landlord for return of a security deposit, will be ordered paid in a lump sum.

**Counterclaim Filing Fee:** Beginning July 1, 2012, there is a **$90.00 fee for filing a counterclaim.** The fee must be paid to the clerk of the court. Please file your answer and counterclaim (with the fee for the counterclaim if you decide to file one) by mail or hand deliver it to the clerk. **Do not fax.**

☐ Counterclaim: The plaintiff owes money to me in the amount of   $ _____
for the following reasons:
_____
_____

**CERTIFICATION:** I certify that a copy of this answer was mailed or delivered electronically or non-electronically on _____ (date) to all attorneys and self-represented parties of record and that written consent for electronically delivery was received from all attorneys and self-represented parties receiving electronically delivery. Enter below, name and address of each party or attorney that copy was mailed or delivered to (attach separate sheet if necessary).

| Signature | Print Name and Title of Person Signing | Date Signed |
|---|---|---|
| Address (No., Street, Town, Zip) | Telephone No. | Juris No. (if an attorney is signing) |